IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:22-cv-1891 |
| BASSAM BEIDAS and HANADI BEIDAS, | § § § § | |
| *Defendants*. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff U.S. Bank National Association, Not in its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016-CTT ("Plaintiff") and Defendants Bassam Beidas and Hanadi Beidas ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims and causes of action asserted by Plaintiff against Defendants are dismissed.

Respectfully submitted,

By:   /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 92649
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

        Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ *T. Michael Ballases*
T. Michael Ballases
State Bar No. 24036179
HOOVER SLOVACEK, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
ballases@hooverslocavek.com
Tel: (713) 977-8686

**ATTORNEYS FOR DEFENDANTS**